UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNARD WILLIAMS,

    Petitioner,

v.                                        Case No. 3:05-cv-610-J-20MMH

JAMES V. CROSBY, JR., etc.,

    Respondent.

---

**ORDER OF TRANSFER**

Petitioner, an inmate confined at the Hillsborough County Jail, initiated this action by filing a "Petition Under 28 USC § 2254 for Writ of Habeas Corpus by a Person in State Custody" (Doc. #1) (hereinafter Petition). Upon review of the Petition, it appears Petitioner is not attacking the validity of his Sumter County conviction, but rather he is asserting that the Florida Parole Commission improperly placed him on conditional release supervision[1] and that upon the subsequent revocation of his conditional release supervision, the Florida Department of Corrections improperly forfeited his earned gain-time.

Although Petitioner purportedly filed his Petition pursuant to 28 U.S.C. § 2254, a petition challenging the action of a parole

---

[1] Petitioner merely asserts that he was improperly placed on conditional release supervision, he does not state that the Florida Parole Commission was the entity that placed him under this supervision. However, upon review of the relevant law, it is clear that the Florida Parole Commission establishes the terms and conditions of such release.

commission or challenging the calculation of a sentence should be brought pursuant to 28 U.S.C. § 2241. See Hajduk v. United States, 764 F.2d 795, 796 (11th Cir. 1985). Such an action should be filed in the district in which the petitioner is confined. See 28 U.S.C. § 2241(d); Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991).

Petitioner is currently confined at the Hillsborough County Jail, which is located in the Tampa Division of this Court. Therefore, pursuant to 28 U.S.C. § 2241(d), this case is transferred to the Tampa Division of this Court for all further proceedings, and the Clerk shall immediately forward the file to that Division.

**DONE AND ORDERED** at Jacksonville, Florida, this _8th_ day of July, 2005.

UNITED STATES DISTRICT JUDGE

ps 7/7
c:
Bernard Williams

2